IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LORILEE MERANDA ROBINSON, § § *Plaintiff*, § § v. § § NATIONWIDE RECOVERY § SYSTEMS, LTD., § § *Defendant*. § | CIVIL ACTION NO. 1:21-cv-00642-LY |

### DEFENDANT NATIONWIDE RECOVERY SYSTEM, LTD.'S RULE 7.1(a) DISCLOSURE STATEMENT

1. In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nationwide Recovery Systems, Ltd. hereby files its Disclosure Statement and would respectfully show the Court as follows:

2. Defendant is a private corporation organized and existing under the laws of the State of North Carolina that does not have a parent corporation. No public company owns any interest in Defendant.

Dated: August 26, 2021.

Respectfully submitted,

By: */s/ A. Lee Rigby*
    A. Lee Rigby
      State Bar No. 24029796
    William A. Duncan
      State Bar No. 24124453

**RIGBY SLACK, PLLC**
3500 Jefferson, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
lrigby@rigbyslack.com
wduncan@rigbyslack.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

By my signature today, I hereby certify that on August 26, 2021, the foregoing was filed with the Court using the CM/ECF system. This filing will also be sent by mail to:

*Via First Class U.S. Mail*
Lorilee Meranda Robinson
400 Kramer Ln APT 1340
Austin, TX 78758