**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LORILEE MERANDA ROBINSON,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:21-cv-00642-LY** |
| | § | |
| **NATIONWIDE RECOVERY** | § | |
| **SYSTEMS, LTD.,** | § | |
| | § | |
| *Defendant*. | § | |

**NOTICE OF SETTLEMENT**

**TO THE CLERK OF SAID COURT:**

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached

a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice

pursuant to FED. R. CIV. P. 41(a) within sixty (60) days.

DATED this 19th day of October 2021.

Respectfully submitted,

By: */s/ A. Lee Rigby*
A. Lee Rigby
State Bar No. 24029796
William A. Duncan
State Bar No. 24124453

**RIGBY SLACK, PLLC**
3500 Jefferson, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
lrigby@rigbyslack.com
wduncan@rigbyslack.com

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

By my signature today, I hereby certify that on October 19, 2021, the foregoing was filed with the Court using the CM/ECF system. This filing will also be sent by mail to:

*Via First Class U.S. Mail*
Lorilee Meranda Robinson
3000 Kramer Lane, Apt. 1340
Austin, TX 78758
*Pro Se Plaintiff*